IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DEONTAE ANTONIO FULTON**
**ADC #160001**   **PETITIONER**

**v.**   **CASE NO. 5:17-CV-80-JLH-BD**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**   **RESPONDENT**

## ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After careful consideration of the Recommendation and Mr. Fulton's timely objections, and after a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects. The case is DISMISSED, with prejudice.

IT IS SO ORDERED this 18th day of April, 2018.

_____
UNITED STATES DISTRICT JUDGE