IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DEONTAE ANTONIO FULTON**
**ADC #160001**                                                                **PETITIONER**

**v.**                    **CASE NO. 5:17-CV-80-JLH-BD**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                              **RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 18th day of April, 2018.

_____
UNITED STATES DISTRICT JUDGE